IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA R. MURPHY,
ADC #760343                                                                                          PLAINTIFF

v.                                            1:14CV00064-JM-JTK

JOSEPH HUGHES, et al.                                                                       DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Faust, Dixon, Weekley, Williams, and Powell are DISMISSED from this action, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 4th day of August, 2014.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE