# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

LISA R. MURPHY,                                                                                   PLAINTIFF
ADC #760343

1:14CV00064-JM-JTK

JOSEPH HUGHES, et al.                                                                         DEFENDANTS

## ORDER

Defendants LaTonya Irvine and Bryson Schulz, through their attorney, have answered and supplied their correct names (Doc. No. 15). The Clerk is directed to change the style of the case to reflect the Defendants' correct names.

IT IS SO ORDERED this 8th day of September, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE