IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA R. MURPHY,                                                                                    PLAINTIFF
ADC #760343

1:14CV00064-JM-JTK

JOSEPH HUGHES, et al.                                                                        DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the Motion for Summary Judgment filed by Defendants Irving and Schulz (Doc. No. 16) is GRANTED, and Plaintiff's claims against these Defendants are DISMISSED with prejudice.

IT IS SO ORDERED this 25th day of September, 2014.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE