### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

LISA R. MURPHY,                                                                                                        PLAINTIFF
ADC #760343

v.                                          1:14CV00064-JM-JTK

JOSEPH HUGHES, et al.                                                                                           DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 36) is GRANTED, and Plaintiff's Complaint against them is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 11th day of February, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE